## IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: | } |
| | }     Case No.: 16-bk-50402 |
| Andrea D. Henderson | } |
| | } |
| | }     Chapter 13 |
| | } |
| **Debtor(s)** | } |

### Notice of Change of Address

**My Former Mailing Address was**:

Name:          Andrea D. Henderson

Street:          747 Linwood Ave

City, State, Zip: Columbus, OH 43205


**Please be advised that effective June 8, 2016
my new mailing address is:**

Name:          Andrea D. Henderson

Street:          4964 Coventry Ct. S.

City, State, Zip: Columbus, OH 43232

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on June 8, 2016 to the
following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**<u>Served by Regular US Mail:</u>**

**Debtor:**
Andrea D. Henderson
4964 Coventry Ct. S.
Columbus, OH 43232

Respectfully Submitted,
<u>/s/ Lucas M. Ruffing</u>
Lucas M. Ruffing (0090609)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480